UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

ADAM WOOD                                                                                                    Plaintiff

v.                                                                                          Civil Action No. 4:25CV-25-RGJ

AANIIH NAKODA FINANCE, LLC                                                                        Defendant

\* \* \* \* \*

**ORDER**

The Court, having been advised by counsel that settlement has been reached on all matters in this case [DE 43], **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within sixty (60) days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within sixty (60) days from entry of this Order if the settlement is not consummated.

October 22, 2025

Rebecca Grady Jennings, District Judge
United States District Court

Copies to:  Counsel of Record