**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**
*Electronically Filed*

| | |
|---|---|
| ADAM WOOD, *on behalf of himself and all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> AANIIIH NAKODA FINANCE, LLC, D/B/A BRIGHT LENDING, ET AL. <br><br> Defendants. | Case No. 4:25-cv-00025-RGJ <br><br> **<u>AGREED DISMISSAL ORDER</u>** |

The parties, having reached an agreement concerning all claims brought in this matter, hereby stipulate to the dismissal with prejudice of all claims of Plaintiff against the captioned Defendants, with prejudice and without costs and without attorneys' fees to any party.

IT IS HEREBY ORDERED that the within cause and all claims of Plaintiff against the captioned Defendant are DISMISSED, with prejudice, and without costs to any party.

THIS IS A FINAL ORDER WHICH RESOLVES THE LAST PENDING CLAIM AND CLOSES THE CASE.

_____
Judge, United States District Court
Western District of Kentucky

**AGREED TO:**

**/s/ Amanda M. Lockaby**
Matthew T. Lockaby
Amanda M. Lockaby
Abigail C. Wearden
Lockaby PLLC
476 East High Street, Suite 200
Lexington, Kentucky 40507
Tele:   859.263.7884
Fax:    859.406.3333
Email: mlockaby@lockabylaw.com
         alockaby@lockabylaw.com
         awearden@lockabylaw.com

-and-

Matthew J. Langley (Admitted *Pro Hac Vice*)
Almeida Law Group LLC
849 W. Webster Avenue
Chicago, IL 60614
Tele:   773.554.9354
Email: matt@almeidalawgroup.com
*COUNSEL FOR PLAINTIFF & THE CLASS*

**/s/ Mark H. Reeves (with permission by Amanda Lockaby)**
Mark H. Reeves (Admitted *Pro Hac Vice*)
Kilpatrick Townsend & Stockton LLP
Enterprise Mill
1450 Greene Street, Suite 230
Augusta, Georgia 30901
Telephone:(706) 823-4206
Facsimile: (706) 828-4488
Email: mreeves@ktslaw.com

-and-

Rob Roy Smith  (Admitted *Pro Hac Vice*)
Kilpatrick Townsend & Stockton LLP
1420 Fifth Ave.
Seattle, WA 98101
Telephone: (206) 467-9600
Facsimile: (206) 623-6793
Email: rrsmith@ktslaw.com

-and-

Alexander M. Bullock
Kilpatrick Townsend & Stockton LLP
607 14th Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 824-1416
Facsimile: (202) 585-0065
abullock@ktslaw.com
*COUNSEL FOR DEFENDANT AANIIIH NAKODA FINANCE, LLC*


**/s/ Jeffrey S. Moad (with permission by Amanda Lockaby)**
Jeffrey S. Moad
Chadwick A. McTighe
Stites & Harbison, PLLC
400 W. Market St., Suite 1800
Louisville, KY 40202
(502) 587-3400
JMoad@stites.com
CMcTighe@stites.com

-and-

Brendan V. Johnson
Timothy W. Billion
Thad A. Titze
Robins Kaplan LLP
150 E 4th Place, Suite 704
Sioux Falls, SD 57105
(605) 335-1300
BJohnson@RobinsKaplan.com
TBillion@RobinsKaplan.com
TTitze@RobinsKaplan.com
*COUNSEL FOR DEFENDANTS*
*BORROWWORKS, LLC AND BENJAMIN E. GATZKE*